E-FILED
Thursday, 04 March, 2021 05:13:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

MAR - 4 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Raymond Poole ,                    )
                                   )
        Plaintiff                  )
                                   )
        vs.                        )          Case No. ——————————
                                   )          *(The case number will be assigned by the clerk)*
Sargent Robert Watkins             )
Lieutenant J. Watkins              )
Lieutenant E. Stock                )
Lieutenant Wyatts                  )
Lieutenant Buetle                  )
Lieutenant Dodds                   )
                                   )
                              ,    )
                                   )
        Defendant(s)               )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

✓ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Raymond Poole_

Prison Identification Number: _____

Current address: _401 e 32nd st  Chicago IL 60616  Apt# 301_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Sargent  Robert  Watkins_

Current Job Title: _Sargent officer_

Current Work Address _Jacksonville Correctional Center  2268 e morton Ave  Jacksonville, IL 62650_

Defendant #2:

Full Name: _Lieutenant  J. Watkins_

Current Job Title: _Lieutenant officer_

Current Work Address _Jacksonville Correctional Center  2268 E Morton Ave  Jacksonville, IL 62650_

Defendant #3:

Full Name: _Lieutenant  E. Stock_

Current Job Title: _Lieutenant officer_

Current Work Address _Jacksonville Correctional Center_

_2268 e Morton Ave Jacksonville, IL 62650_

Defendant #4:

Full Name: _Lieutenant Wyatts_

Current Job Title: _Lieutenant officer_

Current Work Address _2268 e morton Ave Jacksonville,_

_IL 62650 Jacksonville Correctional Center_

Defendant #5:

Full Name: _Lieutenant Burtle_

Current Job Title: _Lieutenant officer_

Current Work Address _Jacksonville Correctional Center_

_2248 E. Morton Ave Jacksonville, IL 62650_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?           Yes  ☐          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No  ☑

C.  If your answer to B is yes, how many?  _N/A_  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____ N/A _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☑   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

     Yes  ☑   No  ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?   Yes  ☑   No  ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence _____ Jacksonville Correctional Center _____

4

Date(s) of the occurrence    _October 7, 2019_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) On October 7, 2019 the plaintiff was strip searched at stateville NRC For transfer to Jacksonville Correctional Center. (2) Correctional officers at stateville NRC searched the Plaintiff by doing a complete body cavity search going completely through the Plaintiffs dreadlocks, checking every part of the Plaintiffs body. (3) Stateville NRC transfer officers went through every article of clothing before the plaintiff was allowed to get dressed. (4) The Plaintiff was then placed in handcuffs and restraints. (5) Once the Plaintiff was in restraints he was escorted on to the transfer Correctional bus. (6) The Plaintiff was then placed in a seat and chained in place. (7) Plaintiff was held in Stateville NRC from September 25, 2019 until October 7, 2019. (8) During the time that the Plaintiff was held in stateville, it was documented that the plaintiff religious beliefs Are Rastafarian. (9) The Plaintiff further had it documented that his religious beliefs are Rastafarian, and that its forbidden for the Plaintiff to cut his dreadlocks. (10) Stateville NRC is a maximum security prison, the Plaintiff had no problems while held at stateville NRC. (11) Upon Arrival at Jacksonville Correctional Center

the Plaintiff was escorted off the bus by Sargent Robert Watkins and Lieutenant J. Watkins. Lieutenant J. Watkins (12) grabbed the Plaintiff by arm and stated "Dreadlocks are not allowed at this institution. The plaintiff informed Lieutenant J. Watkins that dreadlocks are a part of Plaintiff religious beliefs. (13) Lieutenant J. Watkins and Sargent Robert Watkins grabbed the Plaintiff by each arm and Lieutenant J. Watkins / Sargent Robert Watkins both stated, "Your dreadlocks will be cut off one way or another, your religion doesn't mean anything. (14) Lieutenant J. Watkins called for backup. (15) Lieutenant E. Stock grabbed the Plaintiff by the back of the Plaintiffs neck forcing the Plaintiff head down toward the Plaintiffs knees, Lieutenant Wyatts yanked on the Plaintiffs left arm as Lieutenant J. Watkins grabbed the handcuffs the Plaintiff was wearing in the front and yanked downward. (17) The Plaintiff was pulled and dragged to the Barbershop. (18) Upon Arrival at the barbershop the Plaintiff was forcibly thrown into a barber chair and held down as his dreadlocks were shaved off his head (19) At no time did the Plaintiff resist or pose threat to anyone. (20) Jacksonville is a minimum security prison. (21) The Plaintiff was in handcuffs the entire time from leaving Stateville NRC until After the Plaintiff dreadlocks where shaved off the Plaintiffs head. (22) The Plaintiff repeatedly informed Lieutenant J. Watkins, Sargent Robert Watkins and Lieutenant E. Stock that having dreadlocks was apart of the Plaintiffs religious beliefs.

(23) Plaintiff Ask that the court order in reasonable satisfactory the following damages, Extraction of hair, Excessive force, pshchological distress, emotional distress, lack of respect for religion, violation of civil rights, violation of religious beliefs, religious discrimination, violating freedom of religion, violation of consititutional rights and deprivation of Rights. (24) Plaintiff is currently taking pshchological medication throughout everyday. (25) Plaintiff feels that he has been mentally and pshchologically raped due to these actions, has thoughts of suicide and fearful Flash backs reoccurently throughtout each day since this action took place.

### RELIEF REQUESTED

(State what relief you want from the court.)

_____
_____
_____
_____
_____
_____
_____
_____

_____

JURY DEMAND          Yes  ☑          No   ☐

Signed this _compliant_ day of _Feburary 18_ , 20_21_ .

_Raymond Poole_
_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| RAymond Poole | |
| Address: | Telephone Number: |
| 401 e 32nd st  Apt#301 Chicago, IL 60610 | 618-789-0796 |

Raymond Poole
401 E. 32nd st #Apt 301
Chicago, IL 60616

United States District Court
151 U.S. Courthouse
600 E. Monroe St.
Spring Field, IL 62701

